No. 80–694. Wood *v.* Wood. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 80–695. Payne *v.* Weinstock. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 80–700. Rowry *v.* United States et al. C. A. 9th Cir. Certiorari denied.

No. 80–703. Lauchli *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 80–706. Industrial Tile, Inc. *v.* Stewart et al. Sup. Ct. Ala. Certiorari denied.

No. 80–707. Brady *v.* Doe. Ct. Civ. App. Tex., 14th Sup. Jud. Dist. Certiorari denied.

No. 80–708. Catena *v.* Capitol Industries, Inc., et al. C. A. 9th Cir. Certiorari denied.

No. 80–711. Rittenhouse Consulting Enterprises, Ltd., et al. *v.* New Jersey State Commission of Investigation. C. A. 3d Cir. Certiorari denied.

No. 80–712. Abdella *v.* Wisconsin. Ct. App. Wis. Certiorari denied.

No. 80–713. Huron Die Casting, Inc., et al. *v.* Creditors' Committee of Huron Die Casting, Inc. C. A. 6th Cir. Certiorari denied.

No. 80–718. Hewitt et al. *v.* City of Escondido. Ct. App. Cal., 4th App. Dist. Certiorari denied.